## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

CRAIG CLOSE CAWTHORNE,

      Plaintiff,

v.                                      CASE NO. 4:12-cv-00238-MP-CAS

PAM BONDI, RICK SCOTT, DAVID A WILKINS,

      Defendants.

_____/

## O R D E R

      This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated September 7, 2012. (Doc. 5).  The parties have been furnished a copy of

the Report and Recommendation and have been afforded an opportunity to file objections

pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has

passed, and none have been filed.   Upon consideration, the Court agrees that plaintiff failed to

comply with the order at Doc. 4 and that this case is due to be dismissed.

      Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      1.      The magistrate judge's Report and Recommendation is adopted and incorporated
            by reference in this order.

      2.      This case is dismissed without prejudice for failure to follow an order of the
            Court.

      **DONE AND ORDERED** this *18th*  day of October, 2012

            *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge